UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 511 |
| v. | ) |
| | ) Magistrate Judge Young B. Kim |
| EISENHOWER GALVIS CARDONA, | ) |
| also known as "Hower," | ) |
| ANGELA OSORIO, | ) |
| JAVIER RUBIO, JR., and | ) |
| YOJAIRA VELAZQUEZ, | ) |
| also known as "Yojaira Villegas," | ) |
| and "Yojaira Ceron" | ) |

FILED
JAN 2 0 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MOTION TO RE-ORDER DEFENDANTS**

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, respectfully files this Motion to Re-Order Defendants as follows: EISENHOWER GALVIS CARDONA (Defendant #1), ANGELA ORORIO (Defendant #2), JAVIER RUBIO, JR. (Defendant #3), YOJAIRA VELAZQUEZ (Defendant #4); In support of this motion, the Government states as follows:

1. Defendants ANGELA OSORIO, JAVIER RUBIO, JR., YOJAIRA VELAZQUEZ, and FRANCISCO VELAZQUEZ were charged with conspiracy to smuggle counterfeit currency into the United States, in violation of 18 U.S.C. § 371, by way of a complaint filed on or about September 11, 2014.

2. An indictment has now been filed in this case, charging EISENHOWER GALVIS CARDONA (Defendant #1), ANGELA ORORIO

(Defendant #2), JAVIER RUBIO, JR. (Defendant #3), YOJAIRA VELAZQUEZ (Defendant #4); with conspiracy to smuggle counterfeit currency into the United States, in violation of 18 U.S.C. § 371, (Count One), and smuggling counterfeit currency into the United States, in violation of Title 18, United States Code, § 472. Defendant FRANCISCO VELAZQUEZ was not charged in the indictment, and, at arraignment, the government will ask that the pending charge against him be dismissed.

3. Although JAVIER RUBIO, JR. is currently listed as the lead defendant in the case, the Government would prefer that the order reflect the following: EISENHOWER GALVIS CARDONA (Defendant #1), ANGELA OSORIO, JAVIER RUBIO, JR. (Defendant #3), and YOJAIRA VELAZQUEZ (Defendant #4) due to the nature of the charges and the different involvement of each defendant.

4. The Government has been advised that the Clerk of Court will not re-arrange the order of the defendants without an order from the Court.

5. Re-arranging the order of the defendants would serve the interests of justice.

WHEREFORE, the UNITED STATES OF AMERICA respectively requests that this Court enter an order re-arranging the defendants on the docket sheet as follows: EISENHOWER GALVIS CARDONA (Defendant

#1), ANGELA ORORIO (Defendant #2), JAVIER RUBIO, JR. (Defendant #3),

YOJAIRA VELAZQUEZ (Defendant #4);

Dated: January 20, 2015

                                      Respectfully submitted,

                                      ZACHARY T. FARDON
                                      Acting United States Attorney

                                      /s/ Sean Franzblau
                                      SEAN JB FRANZBLAU
                                      Assistant United States Attorney
                                      219 South Dearborn – 5th Floor
                                      Chicago, Illinois 60604
                                      (312) 353-5305